```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15654
   TOWONA S VIRAMONTES
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4747


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/28/07 .

   2.  Case reassigned to Lydia Meyer, Trustee, 11/21/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00              .00           .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE   NOT FILED              .00           .00
FORD MOTOR CREDIT CO       SECURED VEHIC         .00              .00           .00
MCHENRY COUNTY CLERK       SECURED               .00              .00           .00
WILLIAMSON MGMT            SECURED               .00              .00           .00
STATE BANK OF ANTIOCH      SECURED               .00              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED              .00           .00
ACC INTERNATIONAL          UNSECURED       NOT FILED              .00           .00
ACCOUNT RECEIVABLE MANAG   UNSECURED       NOT FILED              .00           .00
AFNI INSURANCE SERVICES    UNSECURED       NOT FILED              .00           .00
DOMESTIC & INT COLLECTOR   UNSECURED       NOT FILED              .00           .00
AMERICAN COLLECTION        UNSECURED       NOT FILED              .00           .00
AMERICOLLECT               UNSECURED       NOT FILED              .00           .00
CACH LLC                   UNSECURED       NOT FILED              .00           .00
COMED                      UNSECURED       NOT FILED              .00           .00
COSTCO WHOLESALE           UNSECURED       NOT FILED              .00           .00
EAGLE CREDIT RESOURCES L   UNSECURED       NOT FILED              .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED              .00           .00
GOOD SHEPHERD HOSPITAL     UNSECURED       NOT FILED              .00           .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED              .00           .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID

MED BUSINESS BUREAU        UNSECURED       NOT FILED              .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED              .00           .00
AMERICAN RECOVERY SYSTEM   UNSECURED       NOT FILED              .00           .00
MIDWEST DIAG PATHOLOGIST   UNSECURED       NOT FILED              .00           .00
MRSI                       UNSECURED       NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00           .00
TELEPHONE SPECTRUM BILLI   UNSECURED       NOT FILED              .00           .00
NICOR GAS                  UNSECURED       NOT FILED              .00           .00
OSI COLLECTION SERVICES    UNSECURED       NOT FILED              .00           .00
OVERLAND BOND & INVESTME   UNSECURED       NOT FILED              .00           .00
PELLETTIERI & ASSOC        UNSECURED       NOT FILED              .00           .00
```

```
PROFESSIONAL ACCOUNTS MG UNSECURED      NOT FILED              .00           .00
RMS                      UNSECURED      NOT FILED              .00           .00
THE BUREAUS INC          UNSECURED      NOT FILED              .00           .00
TRI COUNTY EMERGENCY PHY UNSECURED      NOT FILED              .00           .00
UNITED COLLECTIONS       UNSECURED      NOT FILED              .00           .00
      Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00          .00          .00          .00
PRINCIPAL PAID        .00         .00          .00          .00          .00
INTEREST PAID         .00         .00          .00          .00          .00
TOTAL PAID            .00         .00          .00          .00          .00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC   , was allowed $      .00 and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE